UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-80192-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ADAM VASQUEZ,

    Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon a Report and Recommendation on a final hearing on four alleged violations of supervised release.

**THE MATTER** was heard by United States Magistrate Judge Dave Lee Brannon, on March 6, 2018. A Report and Recommendation was filed on March 14, 2018 [ECF No. 358], recommending that this Court find the Defendant guilty of violations one, two, three, and four of his supervised release as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 358] on Defendant's final hearing to the violation as set forth in the Petition alleging Violation of Supervised Release of the United States Magistrate Judge Dave Lee Brannon, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers one, two three, and four as set forth in the Petition for Warrant for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __3__ day of April, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Brannon
All Counsel Of Record
U.S. Probation Office